**FILED**

MAR 18 2026

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) N    4:26CR125 SRC/PLC |
| | ) |
| NAPOLEON JONES, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR CONTINUED PRE-TRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and C. Ryan Finlen, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1.    The defendant is charged with Felon in Possession of One or More Firearms in violation of 18 U.S.C. § 922(g)(1), an offense for which a maximum 15-year imprisonment is prescribed under Title 18.

2.    Defendant appeared before this Court in case number 4:21-CR-00400-SRC on March 12, 2026, pursuant to a petition to revoke his supervised release. In that matter, Defendant was ordered detained after he waived his detention hearing. Consequently, Defendant is currently in the U.S. Marshals custody pending resolution of that matter.

3.    The circumstances giving rise to the instant charges are identical to those underlying Defendant's revocation proceedings.

4.      Because Defendant was already being supervised which resulted in the instant revocation proceedings, there are no condition or combination of conditions that will reasonably assure Defendant's appearance as required or the safety of the community.

5.      Due to the weight of the evidence against Defendant and Defendant's history and characteristics, including that Defendant was on supervised release at the time of the offense for being a felon in possession of a firearm and that he resisted arrest, there is a serious risk that Defendant will flee.

WHEREFORE, there are no conditions or combination of conditions that will reasonably assure Defendant's appearance as required and the safety of any other person and the community and the Government requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/ C. Ryan Finlen*
C. RYAN FINLEN, #6305918IL
Assistant United States Attorney